## U.S. DEPARTMENT OF JUSTICE/DRUG ENFORCEMENT ADMINISTRATION
## SUBPOENA

In the matter of the investigation of
Case No: CE-24-0011
Subpoena No. CE-24-269181

**TO:** Google                                      Phone: 650-253-0000
ATTN: Legal Department
**AT:** 1600 Amphitheatre Parkway
Mountain View, CA 94043

By the service of this subpoena on you by Intel Analyst Nellika L Stirling who is authorized to serve it, you are hereby commanded and required to appear before Nellika L Stirling, an officer of the Drug Enforcement Administration, to give testimony and bring with you and produce for examination the following books, records, and papers at the time and place hereinafter set forth:

Pursuant to an investigation of violations of 21 U.S.C. Section 801 et seq., please provide the following for the dates between 03/11/2024 - 06/10/2024 Eastern (EST)

- RE: GOOGLE VOICE: Supply Caller ID for any incoming calls for which the calling party has blocked the Caller ID - All customer/subscribers for the date range given, please provide names (including subscriber names, user names and screen names) and addresses (including payment addresses, mailing addresses, residential addresses, business addresses, and email addresses) - Long distance telephone toll billing records - Telephone number assigned - Local and long distance telephone connection records, including incoming and outgoing calls - Local and long distance telephone connection records, including incoming and outgoing PTT (push-to-talk) and Direct Connect calls - Telephone or instrument numbers (including model type/numbers, phone numbers, MAC addresses, ESNs, MEINs, MEIDs, UDIDs, MINs, SIMs, MSISDNs, IMSis, IMEis, or advertising IDs) - Telephone number assigned to any customer or subscriber at address - Identify all phone features (Type of transaction, text, call, etc.) - Billing name/address if different from customer or subscriber name/address - Any and all associated numbers for the customer, subscriber or account holder on this account - All customers/subscribers for the date range given, provide name and street and/or mailing address. If no subscriber is found for the date range given, please provide this information for the last known subscriber for number - Call detail text records sent and received - If this phone number belongs to one of your subsidiaries or wholesale partners, provide contact information, to include but not limited to phone, fax, address, and e-mail address - Local and long distance telephone connection records, including incoming and outgoing calls, and to include VOLTE/VOiP calls ALL RELATED TO GOOGLE VOICE INFORMATION for telephone number 231-238-3264

Please do not disclose the existence of this request or investigation for an indefinite time period. Any such disclosure could impede the criminal investigation being conducted and interfere with the enforcement of the Controlled Substances Act.

Please direct questions concerning this subpoena and/or responses to Intel Analyst Nellika L Stirling, 571-362-5529. or fax to 207-780-3642.

Please complete and execute a Certification of Records and return the fully executed Certification of Records with your response.

Place and time for appearance: At 75 John Roberts Rd Bldg C Suite 1C SOUTH PORTLAND, ME 04106 US on the 11 day of July 2024 at 05:00 PM. In lieu of personal appearance, please email records to Nellika.L.Stirling@dea.gov.

Failure to comply with this subpoena will render you liable to proceedings in the district court of the United States to enforce obedience to the requirements of this subpoena, and to punish default or disobedience.

Issued under authority of Sec. 506 of the Comprehensive Drug
Abuse Prevention and Control Act of 1970, Public Law No. 91-513
(21 U.S.C. 876)
**ORIGINAL**
Signature: _____
Robert P Prouty, Resident Agent in Charge

Issued this 11th day of June 2024